# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 29, 2020

160037

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DONNA SWAIN, Personal Representative
of the ESTATE OF MICHAEL SWAIN,
        Plaintiff-Appellee,

v

MILES TRUCKING & EXCAVATING
COMPANY and ACUITY,
        Defendants-Appellants.

SC: 160037
COA: 347760
MCAC: 17-000011

_____/

       On order of the Court, the application for leave to appeal the June 26, 2019 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 29, 2020



Clerk

b0420